(Notice for Personal Service)

# IN POWESHIEK COUNTY IOWA DISTRICT COURT

| | |
|---|---|
| **BRYAN LANNING,** | **No.** |
| Plaintiff, | **ORIGINAL NOTICE** |
| Vs. | |
| **CITY OF BROOKLYN, IOWA,** | |
| Defendant. | |

TO THE ABOVE-NAMED DEFENDANT:

YOU ARE NOTIFIED that a petition has been filed in the office of the Clerk of this Court naming you as the Defendant in this action.  A copy of the petition (and any documents filed with it) is attached to this notice.  The attorney for the Plaintiff(s) is Pete Leehey, The Biker Lawyers, P.C., whose address is P.O. Box 547, Cedar Rapids, Iowa 52401, and his phone number is (877) 209-9452.

This case has been filed in a county that utilizes electronic filing.  General rules and information on electronic filing are contained in Iowa Court Rules Chapter 16.  Information regarding requirements related to the protection of personal Information in court filings is contained in Iowa Court Rules Chapter 16, Division VI.  You must serve a motion or answer within 20 days after service of this Original Notice upon you by using the Iowa Judicial Branch Electronic Documents Management System (EDMS) at https://iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements.  If you do not file your appearance, motion or answer within 20 days from the date you are served with this Original Notice, judgment by default will be rendered against you for the relief demand in the Petition.

NOTE:  The attorney who is expected to represent the Defendant should be promptly advised by Defendant of this Notice.

If you require the assistance of auxiliary aids or services to participate in Court because of a disability, immediately call your district ADA coordinator at 1-319-833-3332.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

{SEAL}

_____
CLERK OF THE ABOVE COURT
302 E. Main St.
Montezuma, IA 50171

_____

IMPORTANT:  YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

**EXHIBIT A**

E-FILED 2022 AUG 19 9:22 AM POWESHIEK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

Case No. **CVEQ028189**
County **Poweshiek**

Case Title   BRYAN LANNING VS CITY OF BROOKLYN, IOWA

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(641) 684-6502** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued  **08/19/2022 09:22:18 AM**



District Clerk of Court or/by Clerk's Designee of  Poweshiek   County
/s/ Gina Pargeon

**IN POWESHIEK COUNTY IOWA DISTRICT COURT**

| | |
|---|---|
| **BRYAN LANNING,**<br><br>    **Plaintiff,**<br><br>Vs.<br><br>**CITY OF BROOKLYN, IOWA,**<br><br>    **Defendant.** | **No.**<br><br>**PETITION AT LAW** |

*Plaintiff states:*

1. Plaintiff Bryan Lanning ("Lanning") is an individual residing in Rose Hill, Mahaska County, Iowa.

2. Defendant City of Brooklyn, Iowa is an Iowa municipal corporation located in Poweshiek County, Iowa.

3. Lanning owns property in the city of Brooklyn located at 405 Clay Street.

4. On March 7, 2022, the City of Brooklyn sent a certified letter addressed to Lanning to 1002 Lakeshore Drive, Brooklyn, Iowa. A copy of the certified letter is attached as Exhibit 1.

5. The certified letter claims that a complaint of "junk vehicles and trash" on Lanning's Clay Street property had been received.

6. The certified letter further states that Lanning must remove the alleged junk vehicles from the Clay Street property by April 7, 2022, or the City of Brooklyn would have them removed at Lanning's cost.

7. At the time the certified letter addressed to Lanning at the Lakeshore Drive address was sent, Lanning did not own nor did he reside at the Lakeshore Drive property.

8. The certified letter was undeliverable to Lanning as addressed by the City of Brooklyn.

9. The City of Brooklyn was notified on or about April 8, 2022, that the certified letter had not been delivered to Lanning, and could not be forwarded. See Exhibit 1 Page 2.

10. On or about April 20, 2022, the City of Brooklyn, either acting on its own behalf or by directing an agent, seized four vehicles owned by Lanning from his Clay Street property.

11. The four vehicles were seized under the claimed authority of Brooklyn Ordinances Chapter 51 titled "Junk and Junk Vehicles."

12. Upon seizing the four vehicles, three of the four were destroyed by the City of Brooklyn or its authorized agent.

13. In addition, various items of Lanning's property were damaged or disappeared as a direct result of the seizure of the four vehicles.

14. The notice given by the City of Brooklyn to Lanning failed to meet the requirements of procedural due process guaranteed by the Fourteenth Amendment to the United States Constitution and article I, section 9 of the Iowa Constitution in the following particulars:

    a. The notice was not properly delivered;

    b. The notice failed to give a meaningful or proper description of the alleged nuisance;

    c. The acts necessary to abate the alleged nuisance were not properly specified;

    d. The time given to abate the alleged nuisance was not reasonable;

    e. The notice did not afford Lanning the proper amount of time to contest the categorization of the property in question as a nuisance prior to its seizure and destruction;

    f. The notice did not afford Lanning the opportunity to seek a hearing prior to the seizure and destruction of the property alleged to be a nuisance.

15. The ordinances relied upon by the City of Brooklyn in seizing, damaging, and destroying Lanning's property failed to meet the requirements of procedural due process guaranteed by the Fourteenth Amendment to the United States Constitution and article I, section 9 of the Iowa Constitution in the following particulars:

   a. The definition of "Junk vehicle" in Chapter 51 of the Brooklyn ordinances was overbroad to the point of failing to give notice as to what constitutes a "junk vehicle."

   b. The method of service provided in Chapter 50 of the Brooklyn ordinances fails to ensure that notice is provided to an individual alleged to have created a nuisance prior to the seizure of that individual's property.

   c. The method of service provided in Chapter 50 of the Brooklyn ordinances fails to ensure that notice is received and a reasonable time allowed to an individual alleged to have created a nuisance to request a hearing prior to seizure and destruction of an individual's property.

16. The actions of the City of Brooklyn constitute unlawful taking and conversion.

17. Lanning has been damaged by the actions of the City of Brooklyn in seizing, damaging, and destroying his property.

18. Lanning's damages exceed Associate District Court jurisdiction.

**FOR THESE REASONS, Plaintiff asks** that judgment be entered against Defendant in a fair and reasonable amount to compensate him for his damages, plus interest and costs.

        The Biker Lawyers, P.C.

        BY:

        */s/ Pete Leehey*

        Pete Leehey AT0004661
        P.O. Box 547
        Cedar Rapids, Iowa 52401
        (877) 209-9452
        Fax: (319) 294-4993
        E-Mail:  Pete@thebikerlawyers.com

        ATTORNEY FOR PLAINTIFF



**City of BROOKLYN** *"Community of Flags"*
*Poweshiek County, Iowa*
P. O. Box 145 ~ 138 Jackson St.
Brooklyn, IA 52211-0145
Ofc - 641-522-7066   Fax - 641-522-5584
E-Mail: cbrooklynflags@netins.net

**OFFICERS**
Carl Tubbs, Mayor
Sheri Sharer, City Clerk
Tammy Kriegl, Treasurer
Fred Stiefel, City Attorney

**COUNCIL MEMBERS**
Scott Hawkins
Sam DeGeorge
Les Taylor
Cheryl Blom
Willy Wonnick

March 7, 2022

Bryan Lanning
1002 Lakeshore Dr
Brooklyn, IA  52211

Dear Bryan,

The City has received a complaint about junk vehicles and trash on your property at 405 Clay St, Brooklyn.

City Ordinance 51.02 states that it is unlawful for any person to store, accumulate, or allow to remain on any private property within the corporate limits of the City, any junk or junk vehicle.

We ask that you remove the junk vehicles from City Limits, store them in a garage or get them licensed, and clean up the trash.

You are hereby notified to abate the nuisance existing at 405 Clay St, within **thirty (30) days** or file a **written request for a hearing** with the City Clerk within seventy-two (72) hours of receiving this notice. If you do not remove the junk vehicles in the time allotted the City will have them removed and access the cost against your property tax as provided by law.

**Date of Removal – by April 7, 2022**

Thank You for your cooperation in this matter.  If you have any questions please call City Hall at 522-7066.

By the Mayor and City Council
City of Brooklyn, Iowa

By _Sheri Sharer_
    City Clerk



Exhibit 1 Page 1



Exhibit 1  Page 2